**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA L. FLORES, | Case No. CV 17-5268-KK |
| Plaintiff, | |
| v. | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: March 20, 2018

HONORABLE KENLY KIYA KATO
United States Magistrate Judge